UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00070-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KING JUNIOR RAGLAND | |

On motion of the Defendant, King Junior Ragland, and for good cause shown, it is hereby ORDERED that DE 111 be sealed until further notice by this Court.

IT IS SO ORDER.

This __9__ day of March, 2018.

_____
TERRENCE W. BOYLE
United States District Judge