# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. King Junior Ragland**             **Docket No. 5:16-CR-70-2BO**

### Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of King Junior Ragland, who, upon an earlier plea of guilty to Making a False Statement, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on October 19, 2018, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 months.

King Junior Ragland was released from custody on October 19, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Ragland is currently residing in a nursing facility in Maryland and is unable to attend meetings at the probation office or to submit urinalysis samples at a substance abuse treatment vendor near his residence. Due to his current health conditions and inability to comply with the required submission of urinalysis samples, the supervising District of Maryland requests that the drug testing condition be waived by the court.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Mandatory Condition: You must submit to one drug test with 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, be **waived** by the court.

Except as herein modified, the judgment shall remain in full force and effect.

                                        I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Michael C. Brittain
                                        Michael C. Brittain
                                        Supervising U.S. Probation Officer
                                        310 New Bern Avenue, Room 610
                                        Raleigh, NC 27601-1441
                                        Phone: 919-861-8674
                                        Executed On: November 06, 2018

King Junior Ragland
Docket No. 5:16-CR-70-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __6__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
Chief United States District Judge